THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID GREENBERG, Appellant.

Argued December 3, 1936; decided December 31, 1936.

*Charles Belous* for appellant.

*Paul Windels, Corporation Counsel (Paxton Blair* and *James Hurley* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.